**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LINDA VAN DIKE** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:23-cv-04517** |
| **NEW ASPEN MANAGEMENT d/b/a,** | § | |
| **GVA PROPERTY MANAGEMENT** | § | |
| **And ALAN STALCUP** | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Linda Van Dike and Defendants New Aspen Management, LLC and Alan Stalcup now file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Pursuant to that rule the parties stipulate as follows:

All claims asserted by Plaintiff are hereby dismissed **with prejudice** to refiling.  Each party shall bear her, his, or its own attorneys' fees and costs.  The parties intend that this dismissal be immediately effective without further Court order, as described in Rule 41(a)(1)(A).

Respectfully submitted,

By:     /s/ *Robin Foret*
          Laura E. De Santos
          TBN: 00793612
          S.D. Bar No. 19328
          ldesantos@grsm.com
          Robin Foret
          TBN:  07256580
          S.D. Bar No. 31159
          rforet@grsm.com
          GORDON REES SCULLY MANSUKHANI, LLC
          1900 West Loop South, Suite 1000
          Houston, Texas 77027

**Joint Stipulation of Dismissal with Prejudice  (Van Dike v. GVA)**                                          **Page 1**

(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

ATTORNEYS FOR DEFENDANTS

And

By:   /s/*Lauren L. Van Ness*
Andrew S. Golub
TBN: 08114950
S.D. Bar No. 13812
Lauren L. Van Ness
TBN: 24105723
S.D. Bar No. 3633957
DOW GOLUB REMELS & GILBREATH, PLLC
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
(713) 526-3700 (Telephone)
(713) 526-3750 (Facsimile)
asgolub@dowgolub.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Andrew S. Golub
DOW GOLUB REMELS & GILBREATH, PLLC
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
(713) 526-3700
asgolub@dowgolub.com

ATTORNEY FOR PLAINTIFF

/s/ *Robin Foret*
Robin Foret