United States District Court
Southern District of Texas
**ENTERED**
January 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA VAN DIKE | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-4517 |
| | § | |
| ALAN STALCUP and NEW ASPEN | § | |
| MANAGEMENT, LLC | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on January 14, 2025 (Doc. No. 18), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED on this ___28___ day of January 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE